UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
C/A NO.:  4:23-cv-01356-JD-TER

| | |
|---|---|
| Keisha Waiters, ) | |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| Housing Authority of Florence, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS, the parties below in the above-referenced action have reached a satisfactory resolution of the issues contained therein and wish to end the same pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, and

WHEREAS, all parties hereto agree to bear their own costs and expenses associated with this action, NOW THEREFORE,

KNOW ALL MEN BY THESE PRESENTS, that the parties hereto, by and through their undersigned counsel agree to dismiss the Complaint in this action with prejudice.

WE SO STIPULATE:

| | |
|---|---|
| S/PHEOBE A. CLARK | S/ SAMUEL F. ARTHUR, III |
| PHEOBE A. CLARK, FED. ID #9888 | SAMUEL F. ARTHUR, III, FED. ID #7070 |
| Wukela Law Firm | Aiken, Bridges, Elliott, Tyler & Saleeby, P.A. |
| P.O. Box 13057 | PO Drawer 1931 |
| Florence, SC  29504 | Florence, SC  29503 |
| Telephone:  843.669.5634 | Telephone:  843.669.8787 |
| Fax:         843.669.5150 | Fax:         843.664.0096 |
| pclark@wukelalaw.com | sfa@aikenbridges.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATION OF DISMISSAL** was filed electronically on September 17, 2024 and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same and satisfies the requirements of S.C.R.C.P. 5(b)(2)(D). The following parties were served via ECF and/or U.S. Mail:

> Pheobe A. Clark, Esquire
> Wukela Law Firm
> 403 Second Loop Road
> P.O. Box 13057
> Florence, SC  29504-3057

S/SAMUEL F. ARTHUR, III
SAMUEL F. ARTHUR, III

(37004)